## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY DEAN MOORE, | ) | Case No:  4:99CV3263 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| MICHAEL L. KINNEY, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #18, labeled S18A - S18B; attachment to filing #30, labeled S30;  attachment to filing #40, labeled S40; and attachment to filing #41, labeled S41, be returned to counsel for appropriate disposition.  The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 21st day of October, 2004.

BY THE COURT

s/ Richard G. Kopf
United States District Judge